241 So.2d 531

**Robert Dale SMITH**

**v.**

**KELLY LABOR SERVICE.**

No. 50997.

Dec. 14, 1970.

SUMMERS, Justice, is of the opinion the writ should be granted.

241 So.2d 531

**GULF SOUTH RESEARCH INSTITUTE**

**v.**

**Charles (Chuck) BRAMLET.**

No. 51021.

Dec. 14, 1970.

 There is no showing that Relator applied for and was denied a rehearing in the Court of Appeal, Rule XII, Section 5(7), Rules of Supreme Court. 240 So.2d 421.